USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/13/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TERRIELL PETERS,

Plaintiff,

-v-

EQUIFAX INFORMATION SERVICES, LLC,

Defendant.

**ORDER**

26-CV-8092 (DEH) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court is in receipt of the parties' notice of settlement and request to vacate deadlines. ECF No. 10. The request is **GRANTED IN PART**. Defendant shall respond to the complaint by **January 6, 2027**, unless the case is dismissed before then.

**SO ORDERED.**

Dated: November 13, 2026
New York, New York

Henry J. Ricardo
United States Magistrate Judge